**No. 10-7428. Abdul Wahid, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9810.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 614 F.3d 1009.